IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:97-cr-00013-MP-AK

WAYNE MATHIS,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 1307, a letter from Wayne Mathis requesting permission to serve in the military.  Unfortunately, this court is without jurisdiction to address such a request, as defendant has already been sentenced.  Accordingly, defendant's request is dismissed.

     **DONE AND ORDERED** this <u>7th</u> day of February, 2006


      *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge