IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                              CASE NO. 1:97-cr-00013-MP-AK

WAYNE MATHIS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1317, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Rule 60(b) motion (Doc. 1316) be summarily dismissed as an unauthorized second or successive § 2255 motion. The Magistrate issued the Report on May 6, 2009. Defendant has filed an objection (Doc. 1318), and the Court has completed a *de novo* review of the portion of the Report to which Defendant objects. Finding no merit to Defendant's objection, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 1317) is ADOPTED and incorporated herein.

    2.    Plaintiff's Rule 60(b) motion (Doc. 1316) is SUMMARILY DISMISSED as an unauthorized second or successive § 2255 motion, and this case is closed.

    **DONE AND ORDERED** this   *26th* day of May, 2009

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge